**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES P. NOLAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **Case No.: 4:12-cv-40003-TSH** |
| | ) |
| PENN CREDIT CORP., | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: July 9, 2012

BY:/s/Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID # 662924
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 778-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff